Elections of the City of New York in Accepting and Filing an Independent Nominating Petition Purporting to Place ALFRED J. GIORDANO in Nomination for Member of Assembly, Ninth Assembly District, Kings County, under the Name and Emblem of City Fusion Party, and to Require the Rejection of Said Petition.— Order appealed from reversed on the law and the matter referred to Mr. Justice Lockwood, who is hereby designated for that purpose, forthwith to take proof and determine whether or not the petitions are valid in view of the provisions of subdivision 4 of section 137 of the Election Law, providing that " The name of a person signing such a petition for an election for which voters are required to be registered shall not be counted unless such person shall, on one of the days of registration, in such year, be registered as a qualified voter " and make appropriate order thereon. This court has determined to hear this appeal at this time because it has been informed by the board of elections that it will not affect the printing of the ballots whichever way it may be decided by the Special Term. Young, Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

FRANK H. G. HELFST and Another, Appellants, v. MORRIS GLICK and Others, Defendants; DANIEL B. McCOY, Receiver, Respondent.— On argument, order denying motion to vacate order of March 26, 1934, or to modify it by striking out the allowance, reversed on the law and the facts, without costs, motion to vacate granted, and the matter remitted to the Special Term for the making of an order providing for the discharge of the receiver without fees in accordance with order originally submitted by receiver. The receiver had consented, by moving therefor ex parte, to an order discharging him without fees. He had not collected any money; and in view of the fact that he was willing to be discharged without receiving any fees, there was no authority to make an order directing plaintiff to pay fees to him. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of LORENZO C. CARLINO, Appellant, for a Certiorari Order against THOMAS DOWNS, Judge of the County Court of the County of Queens, Respondent.— On argument, order denying application for order of certiorari reversed on the law and the facts and motion granted. It was an abuse of discretion to refuse to grant the application. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

HENRY AINBINDER, Respondent, v. CHELSEA GARMENT RACK Co., INC., and ALEX EISNER, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ALBERT E. BROWN, Respondent, Appellant, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Respondent, and MERCUR CORPORATION, Appellant.— Motion of Mercur Corporation for reargument denied. Motion of said corporation for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See ante, p. 784; post, p. 847.]

ELIZABETH COLE, Respondent, v. CLIFFORD LOEW, and J. D. CRONK, INC., Doing Business under the Firm Name and Style of the YELLOW CAB COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

COMMONWEALTH MANAGEMENT CORPORATION and Others, Appellants, v. JOHN J. BENNETT, JR., Attorney-General of the State of New York, Respondent.—